AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-cr-00390 |
| JERMAINE A. WELLMAN | ) Assigned To: Judge Leon, Richard J. |
| | ) Assign Date: 12/12/2025 |
| | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JERMAINE A. WELLMAN, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(C) and 846 - (Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl and Methamphetamine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(C) - (Unlawful Distribution of Methamphetamine)

21 U.S.C. § 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C) - (Unlawful Distribution of Forty Grams or More of Fentanyl and Methamphetamine)

Date: 12/12/2025

*Issuing officer's signature*

City and state: WASHINGTON, DC

Moxila A. Upadhyaya, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 12/12/25, and the person was arrested on *(date)* 12/16/25 at *(city and state)* Baltimore, MD.

Date: 12/16/25

*Arresting officer's signature*

SA Brian Charles
*Printed name and title*